IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JONATHAN LOVE, SHERI McWILLIAMS,
TRACY KEEN, JEREMY POPE, AND ROBIN LOVE,
All Individually and on Behalf of
Others Similarly Situated                                              PLAINTIFFS

v.                                    No. 5:13-cv-292-DPM

RETZER LLC; RETZER RESOURCES INC.; THE RETZER
GROUP INC.; and MICHAEL L. RETZER,
Individually and in His Capacity as Owner, Officer,
and Manager of Retzer Resources Inc., the
Retzer Group Inc., and RETZER LLC                                      DEFENDANTS

ORDER

The Court has reconsidered its discovery rulings, № 35, and makes the following changes. Defendants must produce the ISP-data printouts/time change reports, which they acknowledge having and agree that Plaintiffs are entitled to. When it ordered Defendants to continue accommodating Plaintiffs' format requests, the Court was under the impression that Defendants had already produced time and payroll records in Excel format. *See* № 34 *at* 4. It appears that the time records, though not the payroll records, were produced in Excel. Defendants must produce the payroll records in Excel or other electronically searchable format. The Court's order regarding the daily activity reports stands.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

2 October 2014