IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JONATHAN LOVE; SHERI McWILLIAMS;
TRACY KEEN; JEREMY POPE; and ROBIN LOVE,
All Individually and on Behalf of
Others Similarly Situated                                    PLAINTIFFS

v.                           No. 5:13-cv-292-DPM

RETZER, LLC; RETZER RESOURCES, INC.; THE RETZER
GROUP, INC.; and MICHAEL L. RETZER,
Individually and in His Capacity as Owner, Officer,
and Manager of Retzer Resources, Inc., the
Retzer Group, Inc., and RETZER, LLC                          DEFENDANTS

ORDER

Motion, № 41, granted. Funderburg's and Nahlen's claims against all Defendants are dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

16 October 2014