IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JONATHAN LOVE, SHERI MCWILLIAMS,
TRACY KEEN, JEREMY POPE, and ROBIN LOVE,
All Individually and on Behalf of
Others Similarly Situated                                           PLAINTIFFS

v.                         No. 5:13-cv-292-DPM

RETZER RESOURCES, INC.; THE RETZER
GROUP, INC.; MICHAEL L. RETZER,
Individually and in His Capacity as an Owner, Officer,
and Manager of Retzer Resources, Inc. and the
Retzer Group, Inc.; and RETZER, LLC                                 DEFENDANTS

ORDER

Plaintiffs' motion for reconsideration, № 74, is granted. The dueling affidavits make it hard, if not impossible, to know exactly what's going on without having a mini-trial and making credibility determinations. The circumstances do not warrant that extraordinary step. To address any static at the Brinkley and Pine Bluff (Blake Street) stores, and out of an abundance of caution, the Court orders the following steps.

- By 16 January 2015, Retzer shall file photographs of the notice posted at each of these two stores.

- By 20 January 2015, Plaintiffs shall resend notice to all current employees of these two stores. Use the existing notice, but bold section (9) about anti-retaliation.

The cost of the second notice will be *de minimis,* and the Court declines to shift it at this point. If Retzer has made any new hires at these two stores since it provided the employee lists to plaintiffs' counsel, Retzer should supplement by 15 January 2015. The opt-in period for the current employees at the Brinkley and Pine Bluff (Blake Street) stores is extended until 27 February 2015. Notice shall remain posted at those two stores until then.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

9 January 2015