IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JONATHAN LOVE, SHERI MCWILLIAMS,
TRACY KEEN, JEREMY POPE, and ROBIN LOVE,
All Individually and on Behalf of
Others Similarly Situated                               PLAINTIFFS

v.                      No. 5:13-cv-292-DPM

RETZER RESOURCES, INC.; THE RETZER
GROUP, INC.; MICHAEL L. RETZER,
Individually and in His Capacity as an Owner, Officer,
and Manager of Retzer Resources, Inc. and the
Retzer Group, Inc.; and RETZER, LLC                     DEFENDANTS

ORDER

For the reasons stated on the record at today's hearing, the Court sets the following schedule and scope for discovery between now and the final ruling on certifications.

- The parties must exchange the names of people (representative employees and former employees and managers at various levels) they want to depose by 1 April 2015.

- Those depositions must be completed by 30 June 2015.

- Defendants' motion about decertifying the class and which statute of limitations applies due by 24 July 2015.

- Response due by 21 August 2015.

- Reply, if any, due by 28 August 2015.

- Surreply, if any, due by 4 September 2015.

The 14 September 2015 trial is canceled. Trial is rescheduled for 8 February 2016. The Court will issue an Amended Final Scheduling Order after it rules on Defendants' motion.

For the reasons stated on the record, the motion to strike, № 123, is denied.

The Court also directs the Clerk to correct the docket; № 116 is a joint report, not a motion for order.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

18 March 2015