IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JONATHAN LOVE, SHERI McWILLIAMS,
TRACY KEEN, JEREMY POPE, and ROBIN LOVE,
All Individually and on Behalf of
Others Similarly Situated                                              PLAINTIFFS

v.                              No. 5:13-cv-292-DPM

RETZER RESOURCES, INC.; THE RETZER
GROUP, INC.; MICHAEL L. RETZER,
Individually and in His Capacity as an Owner, Officer,
and Manager of Retzer Resources, Inc. and the
Retzer Group, Inc.; and RETZER, LLC                                    DEFENDANTS

ORDER

Joint report, № 132, noted. The Court appreciates the Retzer entities' productions to date. The disputed issue was addressed at the end of a long hearing, and things were murky. The Court regrets the confusion caused by its ruling, which should have been clearer. To clarify, the Court orders the Retzer entities to produce overtime records, which already exist in the normal course of business, for the two years preceding the filing of this case, for each of the fifteen stores covered by this collective action. The records should be produced in whatever form they're normally kept by defendants. Weekly reports for each store, for example, will be fine. Defendants do not have to

create new records or summarize data. Actual records are what's needed. Defendants may, if they choose, redact other information on any existing report of each store's overtime. Joint report, № 132, addressed.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 May 2015