IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JONATHAN LOVE; SHERI McWILLIAMS;
TRACY KEEN; JEREMY POPE; and
ROBIN LOVE                                                                                          PLAINTIFFS

v.                                        No. 5:13-cv-292-DPM

RETZER RESOURCES, INC.; THE RETZER GROUP
INC.; MICHAEL L. RETZER, Individually, and in his
Capacity as an Owner, Officer and Manager of Retzer
Resources, Inc. and the Retzer Group, Inc.; and
RETZER LLC                                                                                          DEFENDANTS

ORDER

The Court appreciates the parties' pretrial filings. Both sides are willing to talk settlement. The Court would appreciate counsel having that conversation now and filing a joint report by the end of the week. If there's no settlement, the Court needs an expedited response to the motion in limine by 18 January 2016. And the Court will hold a pretrial conference on 20 January 2016 at 1:30 p.m. in courtroom B155 in the Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, 72201. This case remains first out for trial on 8 February 2016.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

11 January 2016