IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JONATHAN LOVE; SHERI McWILLIAMS;
TRACY KEEN; JEREMY POPE; and
ROBIN LOVE                                                                                       PLAINTIFFS

v.                              No. 5:13-cv-292-DPM

MICHAEL L. RETZER, Individually, and in his
Capacity as an Owner, Officer and Manager of Retzer
Resources, Inc. and the Retzer Group, Inc.; and
RETZER LLC                                                                                       DEFENDANTS

ORDER

The Court appreciates the parties' suggestions about jury instructions and *voir dire* areas. The Court is attaching its current working drafts of (1) the key parts of the *voir dire*, (2) the preliminary instructions, (3) the final instructions, and (4) the verdicts.

Please file any objections to the preliminary instructions by the close of business Friday, February 5th. There's no need to comment or object yet on the final instructions or the verdicts. We'll work on those drafts throughout the trial.

A note. The Court will instruct about depositions when it comes up during trial.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 February 2016