IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JONATHAN LOVE; SHERI McWILLIAMS;
TRACY KEEN; and ROBIN LOVE                                          PLAINTIFFS

v.                              No. 5:13-cv-292-DPM

MICHAEL L. RETZER, Individually, and in his
Capacity as an Owner, Officer and Manager of Retzer
Resources, Inc. and the Retzer Group, Inc.; and
RETZER LLC
                                                                    DEFENDANTS

ORDER

For the reasons stated on the record at the 8 February hearing, the plaintiffs' motion to continue the trial, № 187, is reluctantly granted. The motion to reconsider decertification, № 188, is denied without prejudice. And the motion for sanctions, № 186, is held in abeyance. The Court will hold a status conference at 10:00 a.m. Friday, 12 February 2016 at the Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, 72201 in courtroom B155. With counsels' help, the Court will chart a course for addressing the Thornton issues and set a tentative new trial date. Please bring your calendars.

So Ordered.

*DPM Marshall Jr.*

D.P. Marshall Jr.
United States District Judge

9 February 2016