IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JONATHAN LOVE; SHERI McWILLIAMS;
TRACY KEEN; JEREMY POPE; and
ROBIN LOVE                                                                                         PLAINTIFFS

v.                                      No. 5:13-cv-292-DPM

RETZER RESOURCES, INC.; THE RETZER GROUP
INC.; MICHAEL L. RETZER, Individually, and in his
Capacity as an Owner, Officer and Manager of Retzer
Resources, Inc. and the Retzer Group, Inc.; and
RETZER LLC                                                                                         DEFENDANTS

ORDER

The Court can't try this case the week of 25 April 2016 because of a criminal trial, which must take priority. We'll fall back to the alternative trial date: 26 September 2016. The Court is still working on the motion for sanctions.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

1 April 2016