IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JONATHAN LOVE, SHERI McWILLIAMS,
TRACY KEEN, and ROBIN LOVE                                    PLAINTIFFS

v.                                   No. 5:13-cv-292-DPM

MICHAEL L RETZER, Individually, and
in his Capacity as an Owner, Officer and
Manager of Retzer Resources Inc. and the
Retzer Group Inc.; and
RETZER LLC                                                   DEFENDANTS

## ORDER

The joint motion is granted. The Court approves the parties' proposed

settlement. *In re Flight Transportation Corp. Securities Litigation*, 730 F.2d 1128,

1135 (8th Cir. 1984). It makes plaintiffs whole for their alleged back

wages — plus liquidated damages in a like amount. The attorney's fees are

more than reasonable; they're only a small slice of the fees actually incurred

for the whole case. The parties' promise of confidentiality binds them, but not

the Court. *Delock v. Securitas Security Services USA, Inc.*, 4:11-cv-520-DPM, №

*70 at 3-4* (E.D. Ark. 16 November 2012). The settlement agreement therefore

needs to be unsealed. And what is left of the amended complaint will be

dismissed with prejudice.

\*    \*    \*

Joint motion, № 210, granted.  Settlement agreement, № 211, unsealed.

So Ordered.

D.P. Marshall Jr.
United States District Judge

27 September 2016