IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JONATHAN LOVE; SHERI McWILLIAMS;
TRACY KEEN; JEREMY POPE; and
ROBIN LOVE; all Individually and on
Behalf of Others Similarly Situated                         PLAINTIFFS

v.                    No. 5:13-cv-292-DPM

RETZER RESOURCES INC; THE
RETZER GROUP INC; MICHAEL L
RETZER, Individually, and in his Capacity
as an Owner, Officer and Manager of
Retzer Resources Inc. and the Retzer
Group Inc.; and RETZER LLC                                  DEFENDANTS

## JUDGMENT

All claims by the opt-in plaintiffs are dismissed without prejudice. All claims by Jeremy Pope are dismissed without prejudice. All claims by Jonathan Love, Sheri McWilliams, Tracy Keen, and Robin Love are dismissed with prejudice pursuant to settlement. The Court retains jurisdiction to enforce the parties' settlement agreement until 31 October 2016.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 September 2016